IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GREGORIA MATA, *et al.*,

    Plaintiffs

v.                                                         Civ. No. 04-1334 ACT/RLP

MIKE BRISENO, *et al.*,

    Defendants.

MEMORANDUM OPINION AND ORDER

THIS MATTER comes before the court on Plaintiffs' Motion to Compel the Production of Defendant Mike Briseno's IA and Personnel Files to the Court Pursuant to a Protective Order. The title of the Motion is self-explanatory as to what Plaintiffs seek. As Defendant Briseno points out, however, no such files were ever requested in discovery. Plaintiffs' Motion is denied.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Compel the Production of Defendant Mike Briseno's IA and Personnel Files to the Court Pursuant to a Protective Order [Doc. 29] is denied.

IT IS SO ORDERED.

                                                               Richard L. Puglisi
                                                              United States Magistrate Judge